STARIN, Appellant, v. PAYNE, Respondent. (Supreme Court, Appellate Division, Third Department. January 20, 1896.) Action by John H. Starin against Henry B. Payne. No opinion. Order affirmed, with $10 costs and disbursements.

STEARNS, Appellant, v. TEW, Respondent. (Supreme Court, General Term, Fifth Department. December 28, 1895.) Action by Frank M. Stearns against Harvey W. Tew. No opinion. Judgment affirmed, with costs. WARD, J., not sitting.

STEWART, Respondent, v. NEW YORK EL. RY. CO., Appellant. (Supreme Court, General Term, First Department. December 18, 1895.) Action by Anson B. Stewart against the New York Elevated Railway Company. J. T. Davies, for appellant. E. W. Tyler, for respondent. No opinion. Judgment modified by reducing the rental damage to $750 and the extra allowance to $75, and, as modified, affirmed, without costs.

STONE v. COHEN et al. (Supreme Court, Appellate Division, First Department. January 24, 1896.) Action by Alfred E. Stone against Abraham Cohen and others. No opinion. Motion denied.

THALMAN, Appellant, v. THALMAN, Respondent. (Supreme Court, General Term, First Department. December 18, 1895.) Action by Sarah G. Thalman against Samuel Thalman. Andrew Blake, for appellant. David Leventritt, for respondent.

PER CURIAM. This action was brought to obtain a decree of separation, and was defended on the ground that the plaintiff and defendant are not, and never have been, husband and wife. The trial court so found, and dismissed the complaint. The plaintiff did not claim that a marriage ceremony had been solemnized by minister, priest, or magistrate, but that a verbal marriage contract was entered into between the plaintiff and defendant on the 30th day of April, 1892; and the only question presented on this appeal is whether the finding by the trial court that there was no such contract is against the weight of evidence. An attentive examination of the evidence satisfies us that, under the rules which govern this court in reviewing questions of fact, the finding of the special term must stand. As no good purpose can be accomplished by a discussion of the evidence, we refrain from doing it. The judgment should be affirmed, with costs.

THOMPSON et al., Appellants, v. HARRIS, Respondent. (Supreme Court, Appellate Division, Third Department. January 20, 1896.) Action by Lemon Thompson and John A. Dix against Hiram Harris. No opinion. Motion denied, with $10 costs and disbursements. See 34 N. Y. Supp. 885.

THRONE et al. v. LEHIGH VAL. R. CO. (Supreme Court, General Term, Fifth Department. December 28, 1895.) Action by Edward H. Throne and another against the Lehigh Valley Railroad Company. No opinion. Order of Monroe special term reversed.

UNIONVILLE SILK MANUF'G CO. v. PEASLEY. (Supreme Court, General Term, Second Department. December 27, 1895.) Action by the Unionville Silk Manufacturing Company against C. W. Peasley. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

VAN HOUTEN v. PYE. (Supreme Court, General Term, Second Department. December 2, 1895.) Action by Orpha D. Van Houten against Isaac E. Pye. Garrett Z. Snider, for appellant. Frank Comesky, for respondent.

DYKMAN, J. This case was before us at a prior term of this court upon an appeal by the plaintiff from a judgment in favor of the defendant. 33 N. Y. Supp. 838. We reversed that judgment, and laid down the law which was to control the case so far as this court is concerned. As we adhere to the opinion delivered at that time, it is unnecessary to re-examine the case now. The trial court followed our decision, and the judgment and order denying the motion for a new trial on the minutes of the court should be affirmed, with costs.

VILLAGE OF McGRAWVILLE, Respondent, v. SWEET, Appellant. (Supreme Court, Appellate Division, Third Department. January 20, 1896.) Action by the village of McGrawville against Francelia Sweet. No opinion. Judgment of county court affirmed, with costs.

VUZZO, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (City Court of Brooklyn, General Term. December 23. 1895.) Action by Vincerzo Vuzzo against the Brooklyn Heights Railroad Company. Alfred C. Cowan, for appellant. Morris & Whitehouse, for respondent.

PER CURIAM. We have carefully read the record in this case, and conclude that the complaint was properly dismissed on the ground that the plaintiff himself was careless and negligent. Motion for reargument denied, without costs.

WALL, Respondent, v. HOWK, Appellant. (Supreme Court, General Term, Fifth Department. December 28, 1895.) Action by Mary D. Wall against John C. Howk, as executrix, etc. No opinion. Judgment affirmed, with costs, payable out of the estate.

WALSH v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, Second Department. January 14, 1896.) Action by John E. Walsh against the Metropolitan Street Railway Company. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except CULLEN, J., not sitting.

WATERBURY et al. v. TUCKER & CARTER CORDAGE CO. et al. (Supreme Court, General Term, Second Department. December 2, 1895.) Action by James M. Waterbury and John S. Ellis, as executors of the last will of